ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Nova Group Inc. | ) ASBCA Nos. 63356-ADR, 64014-ADR |
| | ) |
| Under Contract No. N44255-16-C-7000 | ) |

APPEARANCES FOR THE APPELLANT:     Douglas S. Oles, Esq.
                                                              Smith Currie Oles LLP
                                                              Seattle, WA

                                                            Nicole E. Wolfe, Esq.
                                                              Smith Currie Oles LLP
                                                              Tysons, VA

                                                            Angelia Wesch, Esq.
                                                              Oles Morrison Rinker & Baker LLP
                                                              Seattle, WA

                                                            Gregory M. Wagner, Esq.
                                                            Robert G. Barbour, Esq.
                                                            Christopher J. Brasco, Esq.
                                                              Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                                              McLean, VA

APPEARANCES FOR THE GOVERNMENT:     Allison M. McDade, Esq.
                                                              Navy Chief Trial Attorney
                                                            Elizabeth C. Tosh, Esq.
                                                            Robert C. Bigler, Esq.
                                                            Jacquelyn C. Fiorello, Esq.
                                                              Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of

$11,659,906. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: August 21, 2025

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I concur                                                          I concur

_____        _____
OWEN C. WILSON                                    MICHAEL N. O'CONNELL
Administrative Judge                                  Administrative Judge
Acting Chairman                                        Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                                  of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 63356-ADR, 64014-ADR, Appeals of Nova Group Inc., rendered in conformance with the Board's Charter.

Dated: August 21, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2